UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 16-cr-20366
                                          Hon. Matthew F. Leitman

v.

HUGO GONZALEZ-BUSTAMANTE,

      Defendant.
_____/

**ORDER CONCERNING JUDGMENT FOR**
**REVOCATION OF SUPERVISED RELEASE**

      On September 26, 2017, the Court announced its sentence in this case. The Court sentenced Defendant to 30 days in custody (to be served consecutive to the custodial sentence imposed by Judge Victoria Roberts in Case No. 17-cr-20271) and eleven months supervised release (to be served consecutive to the term of supervised release imposed by Judge Roberts in Case No. 17-cr-20271). Following the sentencing, the Court learned that under 18 U.S.C. §3624(e), it may not order the term of supervised release to run consecutive to the term of supervised release imposed by Judge Roberts. Accordingly, in the Judgment, the Court will provide that the term of supervised release shall run concurrent to the term of supervised release imposed by Judge Roberts.

      **IT IS SO ORDERED**.

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: October 5, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 5, 2017, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (810) 341-9764